# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| U.S. INSPECTION SERVICES, INC., | : | |
| | | Case No: 3:06CV372 |
| Plaintiff, | : | |
| | | |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| | | (By Consent of the Parties) |
| NL ENGINEERED SOLUTIONS, LLC, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

This matter is before the Court on Great Dane Limited Partnership's Motion (Doc. # 47) for an Order allowing Great Dane to intervene for purposes of asserting claims against the current parties. There is no opposition to the motion. The Court hereby finds that (1) Great Dane's motion is timely, (2) Great Dane has a substantial legal interest in the subject matter of this case, (3) Great Dane's ability to protect its interest may be impaired in the absence of its intervention, and (4) the parties currently before the Court will not adequately represent Great Dane's interests. Furthermore, the Court finds that Great Dane's claims share with the present action common questions of law or fact making Great Dane's intervention proper.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Great Dane Limited Partnership's Motion to Intervene (Doc. # 47) is **GRANTED**.

**IT IS FURTHER ORDERED** that Great Dane Limited Partnership shall file its Complaint no later than seven (7) days from the entry of this Order. Pursuant to the telephone status conference held on June 18, 2009, Great Dane Limited Partnership has consented to Magistrate Judge plenary jurisdiction in this case.

June 19, 2009

                                                        s/Sharon L. Ovington
                                                          Sharon L. Ovington
                                              United States Magistrate Judge