# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| U.S. INSPECTION SERVICES, INC., | : | Case No: 3:06CV372 |
| Plaintiff, | : | |
| vs. | : | Magistrate Judge Sharon L. Ovington (By Consent of the Parties) |
| NL ENGINEERED SOLUTIONS, LLC, et al., | : | |
| | : | |
| Defendants. | | |

## ORDER

This matter is before the Court on Houston Casualty Company's Motion to Intervene. (Doc. # 51). There is no opposition to the motion. The Court hereby finds that (1) Houston Casualty's motion is timely, (2) Houston Casualty has a substantial legal interest in the subject matter of this case, (3) Houston Casualty's ability to protect its interest may be impaired in the absence of its intervention, and (4) the parties currently before the Court will not adequately represent Houston Casualty's interests. The present action shares common questions of law or fact making Houston Casualty's intervention proper.

**ACCORDINGLY, IT IS HEREBY ORDERED** that Houston Casualty Company's Motion to Intervene (Doc. # 51) is **GRANTED**.

Pursuant to the telephone status conference held on June 18, 2009, Houston Casualty Company has consented to Magistrate Judge plenary jurisdiction in this case.

June 19, 2009

                                             s/Sharon L. Ovington
                                             Sharon L. Ovington
                                       United States Magistrate Judge